IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| JEREMY D. MILLIRON, | Civil No. 3:07-cv-1629-BR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded under sentence four of 42 U.S.C. § 405(g), to the Commissioner for further proceedings according the Court's ORDER entered on 11-13 , 2008.

DATED this 13th day of November 2008.

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT - [3:07-cv-1629-br] Page 1